IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00332-MP-EMT

DEPARTMENT OF CORRECTIONS, INC.,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 21, the Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's notice of voluntary dismissal (Doc. 20) be granted and this case dismissed without prejudice. Objections to Report and Recommendation were due by 3/28/2006, but none were filed. It is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is dismissed without prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this _27th_ day of April, 2006

                              *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge